
FILED
JAN 15 2014
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| LARRY BOMAR,<br><br>                         Petitioner,<br><br>vs.<br><br>DAN O'FALLEN; ATTORNEY GENERAL OF THE STATE OF MONTANA<br><br>                         Respondents. | No. CV 12-77-GF-SEH<br><br>ORDER |

On December 23, 2013, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Doc. 9.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Claims A and C of the petition[2] are DENIED on the merits.

2. Claims B and D of the petition[3] are DISMISSED on procedural grounds.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as the claims lack merit and are procedurally defaulted or unexhausted.

2. This case is DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of January, 2014.

*[signature]*
SAM E. HADDON
United States District Judge

---

[2] Doc. 1.

[3] Doc. 1.